UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FRED MICHAEL ZELKOWITZ,

        Plaintiff,

    v.

AVANT, LLC and WEBBANK,

        Defendants.

Case No. 25-cv-850-SRN/DLM

**DEFENDANT AVANT'S MEET-AND-CONFER STATEMENT**

---

The undersigned counsel for Defendant Avant, LLC hereby certifies that they met and conferred with Plaintiff Fred Michael Zelkowitz by e-mail on July 17, 2025, about the matters raised in Defendant's Motion to Dismiss. Plaintiff and Defendant were unable to agree on the resolution of any part of Defendant's motion.

1

Dated: July 17, 2025        Respectfully submitted,


By: /s/ Joshua D. Elliott

Daniel P. Jackson (admitted *pro hac vice*)
Jonathon P. Reinisch (admitted *pro hac vice*)
Joshua D. Elliott (admitted *pro hac vice*)

**VEDDER PRICE PC**
222 North LaSalle Street
Chicago, IL 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
djackson@vedderprice.com
jreinisch@vedderprice.com
jelliott@vedderprice.com


Michael J. Steinlage (0241143)

**Larson King, LLP**
2800 Wells Fargo Place
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 789-4820
msteinlage@larsonking.com


*Counsel for Defendants Avant, LLC and WebBank*

2