UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FRED MICHAEL ZELKOWITZ,

        Plaintiff,

    v.

AVANT, LLC and WEBBANK,

        Defendants.

Case No. 25-cv-850-SRN/DLM

**DEFENDANT WEBBANK'S
MOTION TO DISMISS**

---

Defendant WebBank hereby moves this Court for an order dismissing Plaintiff Fred Michael Zelkowitz's Complaint with prejudice. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6).

This motion is supported by all files, records, and proceedings herein, including the Memorandum of Law in Support of Defendant WebBank's Motion to Dismiss.

1

Dated: July 17, 2025

Respectfully submitted,

By: /s/ Daniel P. Jackson

Daniel P. Jackson (admitted *pro hac vice*)
Jonathon P. Reinisch (admitted *pro hac vice*)
Joshua D. Elliott (admitted *pro hac vice*)

**VEDDER PRICE PC**
222 North LaSalle Street
Chicago, IL 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
djackson@vedderprice.com
jreinisch@vedderprice.com
jelliott@vedderprice.com

Michael J. Steinlage (0241143)

**Larson King, LLP**
2800 Wells Fargo Place
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 789-4820
msteinlage@larsonking.com

*Counsel for Defendants Avant, LLC and WebBank*

2