UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FRED MICHAEL ZELKOWITZ,

       Plaintiff,

    v.

AVANT, LLC and WEBBANK,

       Defendants.

Case No. 25-cv-850-SRN/DLM

**DEFENDANT WEBBANK'S MEET-AND-CONFER STATEMENT**

---

The undersigned counsel for Defendant WebBank hereby certifies that they met and conferred with Plaintiff Fred Michael Zelkowitz by e-mail on July 17, 2025, about the matters raised in Defendant's Motion to Dismiss. Plaintiff and Defendant were unable to agree on the resolution of any part of Defendant's motion.

Dated: July 17, 2025                 Respectfully submitted,


By: /s/ Joshua D. Elliott


Daniel P. Jackson (admitted *pro hac vice*)
Jonathon P. Reinisch (admitted *pro hac vice*)
Joshua D. Elliott (admitted *pro hac vice*)

**VEDDER PRICE PC**
222 North LaSalle Street
Chicago, IL 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
djackson@vedderprice.com
jreinisch@vedderprice.com
jelliott@vedderprice.com


Michael J. Steinlage (0241143)

**Larson King, LLP**
2800 Wells Fargo Place
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 789-4820
msteinlage@larsonking.com


*Counsel for Defendants Avant, LLC and WebBank*