UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FRED MICHAEL ZELKOWITZ,

        Plaintiff,                  Case No. 25-cv-850-SRN/DLM

v.

AVANT, LLC and WEBBANK,         **[PROPOSED] ORDER**

        Defendants.

---

This matter coming to be heard on Defendant WebBank's Motion to Dismiss Plaintiff Fred Michael Zelkowitz's Complaint,

**IT IS HEREBY ORDERED** that Defendant WebBank's Motion to Dismiss is GRANTED, and Plaintiff Fred Michael Zelkowitz's Complaint is hereby dismissed, with prejudice.

**SO ORDERED** this _____ day of _____, 2025.


_____

Hon. Susan Richard Nelson